## FENTON C. MACLAY v. ROBERT MUIR MACLAY

12 So. (2nd) 451         January Term, 1943
March 19, 1943         Division B

*Loftin, Calkins, Anderson, Scott & Preston* and *N. J. Durant,* for appellant.

*Middleton McDonald,* for appellee.

PER CURIAM:

Affirmed.

Costs of this appeal, including fifty dollars to defray the expenses of counsel for the appellant in presenting the matter to this Court, are assessed against appellee.

It is so ordered.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.